No. 90. PHOENIX BLUE DIAMOND EXPRESS *v.* MENDEZ ET AL. October 9, 1939. Petition for writ of certi-

orari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henderson Stockton* for petitioner. *Mr. Allen K. Perry* for respondents.